W. GARY KURTZ, CSB #57546
Law Offices of W. Gary Kurtz
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Tel: 805-449-8765 Fax: 805-497-9158
Email: wgarykurtz@earthlink.net
Attorneys for Tran Continental Records, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| TRANS CONTINENTAL RECORDS, INC. | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV 05-1446-R-(PJWx) |
| v. | |
| ARTISTDIRECT RECORDS, LLC, etc., et al. T | NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety. with prejudice.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

June 17, 2005
Date

Signature of Attorney/Party

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

*NOTE: F.R.Civ.P. 41(a):* This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

*F.R.Civ.P. 41(c):* Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

CV-9 (07/01)      NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)

PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF VENTURA )

I am employed in Ventura County, California. My business address is 2625 Townsgate Road, Suite 330, Westlake Village, California. This mailing occurred at Westlake Village, California. I am over the age of 18 years and not a party to this action. I am readily familiar with the practices of the Law Offices of W. Gary Kurtz for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business with postage thereon fully prepaid. I understand that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. .

On June 17, 2005, I served on the interested parties in this action the foregoing document bearing the title NOTICE OF DISMISSAL PURSUANT TO RULE 41(a) or (c) F.R.Civ. P.

[X] by placing the document in a sealed envelope with postage thereon fully prepaid, in the United States mail at Westlake Village, California addressed as set forth below:

[ ] by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below:

[] by agreement of the parties, by transmittal as an attachment in pdf form to an email at the email addresses specified below:

[] by transmitting via facsimile the documents(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

David E. Boyle, Esq.
Radar Pictures
10900 Wilshire Blvd #1400
Los Angeles, CA 90024

[] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 17, 2005, at Westlake Village, California.

W. Gary Kurtz

2